NS:TH/EJD
F. #2020R00708

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CORY MARTIN and
ADELLE ANDERSON,

            Defendants.

I N D I C T M E N T

Cr. No. __1:20-cr-00549(RRM)(RER)__
(T. 18, U.S.C., §§ 982(a)(2),
982(a)(2)(B), 982(b)(1), 1028(a)(7),
1028(b)(2)(A), 1028(b)(2)(B),
1028(b)(3)(B), 1028(b)(5),
1028(c)(3)(A), 1028A(a)(1), 1028A(b),
1028A(c)(5), 1349, 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p))

- - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

COUNT ONE
(Wire Fraud Conspiracy)

1.    In or about and between March 2017 and August 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants CORY MARTIN and ADELLE ANDERSON, together with others, did knowingly and intentionally conspire to devise a scheme and artifice to defraud one or more life insurance companies, to wit: Globe Life and Accident Insurance Company and American National Insurance Company, and to obtain money and property from said life insurance companies by means of one or more materially false and fraudulent pretenses, representations and promises, and for the purpose of executing such scheme and artifice, to transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, one or more writings, signs, signals, pictures and sounds, to wit:

telephone calls, monetary transfers, emails and other electronic communications, contrary to Title 18, United States Code, Section 1343.

(Title 18, United States Code, Sections 1349 and 3551 et seq.)

## COUNT TWO
(Aggravated Identity Theft)

2.  In or about and between March 2017 and August 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants CORY MARTIN and ADELLE ANDERSON, together with others, during and in relation to the crime charged in Count One, did knowingly and intentionally transfer, possess and use, without lawful authority, one or more means of identification of another person, to wit: the name, date of birth and social security number of Brandy Odom, knowing that these means of identification belonged to another person.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), 1028A(c)(5), 2 and 3551 et seq.)

## COUNT THREE
(Fraudulent Use of Identification – Brandy Odom)

3.  In or about and between March 2017 and August 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants CORY MARTIN and ADELLE ANDERSON, together with others, did knowingly and intentionally transfer, possess and use, without lawful authority and in and affecting interstate commerce, one or more means of identification of another person, to wit: the name, date of birth and social security number of Brandy Odom, with the intent to commit and to aid and abet, and in connection with, unlawful activity that constituted one or more violations of Federal law, to wit: the crime charged in Count One.

3

4.　　The defendants CORY MARTIN and ADELLE ANDERSON committed the offense charged in paragraph 3 in connection with a crime of violence, to wit: the murder of Brandy Odom.

(Title 18, United States Code, Sections 1028(a)(7), 1028(b)(2)(A), 1028(b)(2)(B), 1028(b)(3)(B), 1028(c)(3)(A), 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS ONE AND THREE

5.　　The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts One and Three, the government will seek forfeiture in accordance with (a) Title 18, United States Code, Section 982(a)(2), which requires any person convicted of a violation of 18 U.S.C. § 1349 to forfeit any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense; (b) Title 18, United States Code, Section 982(a)(2)(B), which requires any person convicted of a violation of 18 U.S.C. § 1028(a)(7) to forfeit any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense; and (c) Title 18, United States Code, Section 1028(b)(5), which requires any person convicted of a violation of 18 U.S.C. § 1028(a)(7) to forfeit any personal property used or intended to be used to commit such offense.

6.　　If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

　　　　(a)　cannot be located upon the exercise of due diligence;

　　　　(b)　has been transferred or sold to, or deposited with, a third party;

　　　　(c)　has been placed beyond the jurisdiction of the court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

    (Title 18, United States Code, Sections 982(a)(2), 982(a)(2)(B), 982(b)(1) and 1028(b)(5); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2020R00708

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

CORY MARTIN and ADELLE ANDERSON, Defendants.

# INDICTMENT

(T. 18, U.S.C., §§ 982(a)(2), 982(a)(2)(B), 982(b)(1), 1028(a)(7), 1028(b)(2)(A), 1028(b)(2)(B), 1028(b)(3)(B), 1028(b)(5), 1028(c)(3)(A), 1028A(a)(1), 1028A(b), 1028A(c)(5), 1349, 2 and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____ /s/ _____
                                                                         Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                         Clerk

*Bail, $* _____

_____

*Tanya Hajjar and Emily Dean, Assistant U.S. Attorneys (718) 254-7000*